IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEE HANNA, Plaintiff | : |
| VS. | : NO. 03-203 ERIE |
| CINEMARK USA, INC., DEVELOPERS DIVERSIFIED OF PENNSYLVANIA, INC.; GS ERIE LLC, Defendants | : |
| ASHLEE HANNA, Plaintiff | : |
| VS. | : NO. 03-202 ERIE |
| CINEMARK USA, INC., d/b/a TINSELTOWN, Defendant | : |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ASHLEE HANNA, by her attorney, ANDREW J. CONNER, ESQUIRE, hereby states that this case, having been settled, shall be dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that the Court may enter an Order accordingly.

Respectfully submitted,

CONNER RILEY & FRYLING

BY _____
ANDREW J. CONNER, ESQUIRE
ATTORNEY FOR PLAINTIFF
17 West Tenth Street
P.O. Box 860
Erie, PA 16512-0860
(814) 453-3343

DATED: October 28, 2005.