IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEE HANNA, Plaintiff : | |
| : | |
| VS. : | NO. 03-203 ERIE |
| : | |
| CINEMARK USA, INC., DEVELOPERS : | |
| DIVERSIFIED OF PENNSYLVANIA, : | |
| INC.; GS ERIE LLC, Defendants : | |
| : | |
| ASHLEE HANNA, Plaintiff : | |
| : | |
| VS. : | NO. 03-202 ERIE |
| : | |
| CINEMARK USA, INC., d/b/a : | |
| TINSELTOWN, Defendant : | |

## O R D E R

AND NOW, to-wit, this ___ day of October, 2005, upon consideration of the foregoing Stipulation of Dismissal, IT IS ORDERED that this case is hereby dismissed, with prejudice.

                                                  _____
                                                  MAURICE B. COHILL, JR.
                                                  SENIOR U.S. DISTRICT JUDGE