IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ASHLEE HANNA, Plaintiff           :

           VS.            :       NO. 03-203 ERIE
                         :

CINEMARK USA, INC., DEVELOPERS    :
DIVERSIFIED OF PENNSYLVANIA,      :
INC.; GS ERIE LLC, Defendants     :
                         :

ASHLEE HANNA, Plaintiff           :

           VS.            :       NO. 03-202 ERIE
                         :

CINEMARK USA, INC., d/b/a         :
TINSELTOWN, Defendant             :

O R D E R

AND NOW, to-wit, this _1st_ day of ~~October~~ _November_, 2005, upon

consideration of the foregoing Stipulation of Dismissal, IT IS

ORDERED that this case is hereby dismissed, with prejudice.

_Maurice B. Cohill, Jr._
MAURICE B. COHILL, JR.
SENIOR U.S. DISTRICT JUDGE

2